## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CARLET D. WARD,                )
                               )
              Plaintiff,        )
                               )        C.A. No. 10-759 SLR
       v.                      )
                               )
MBNA AMERICA (Bank of America), )
                               )
              Defendant.        )
                               )

### MOTION FOR OUT OF ORDER

### MOTION TO STRIKE

### MOTION TO QUASH



1.  The defendant's motion for Summary Judgment is an improper motion and is out of
    order.

2.  The motion is in violation of procedural rules i.e. guilty of a breach of decorum;
    misconduct; or an unlawful act and it is inherently inappropriate for deliberative
    consideration at this time under U.S.C. 18 c. 1, 2.

3.  Plaintiff contends that there is "substantial evidence in this case that a dispute of
    material facts exists" as already presented and, that there are disputes of "material"
    facts requiring a trial to resolve and that "only" the Plaintiff is entitled to a judgment.

4.  Plaintiff's motion to Quash is justified due to the unresolved issues already presented
    in the previous Answer to Motion to Compel as being unreasonable, irregular or

oppressive proceedings especially deriving from a controversial "Deposition" that took place at the defendant's law firm, Morris James, LLP, office on December 18, 2012.

5. Subsequently, their Motion requires an opposing Motion to Strike as well as a Motion to Quash due to the following facts:

A. The Defendant's March 13, 2013 Motion to Compel was never addressed, responded to, or ordered by the Court;

B. The Plaintiff's April 2, 2013 Answer to the Defendant's Motion to Compel was never addressed, responded to, or ordered by the Court;

C. No decision was handed down or issued regarding the above matter;

D. Plaintiff, reiterates the original fact that she left a complete file of documents as requested by the Defendants (except the diary) in the care of and possession of her then attorney's law firm, Archer & Greiner for three straight weeks for photocopying from January 8 through 29, 2013 to make available and give copies to the defendant's law firm; and

E. That there has been absolutely no discussion, communications or correspondences received regarding both "Motion" and "Answer to Motion to Compel" from the Court.

6. Because of the "Multiplicity of Offenses" in this case, Plaintiff motions the Court to Strike and Quash Defendant's motion for a Summary Judgment and, to move forward with the previous motion and answer on the table for a court decision.

7. Plaintiff also would like to remind both the Defendants and the Court about Rule 110 – Indigent Persons; and, the Delaware Judicial Guidelines for Civil Hearings Involving Self-Represented Litigants (May 11, 2011) – Pro Se Representation – Administrative

Directive 178, JGS Rep Rules 1.1 to 5.2; Judicial Guidelines: Adoption, JGS Rep;

Preamble; Conduct of Proceedings, JGS Rep Rules 4.1 - 4.3 throughout the remainder

of this civil proceedings.

_5/4/13_
Date

_Carlet D. Ward_

Carlet D. Ward, Pro Se
201 Voshells Mill Road
Dover, DE  19901
(302) 264-1895
carletward@yahoo.com

## CERTIFICATE OF SERVICE

I, Carlet D. Ward, Plaintiff, do hereby certify that on this day, May 4, 2013, I have mailed a

copy of this document within to the following addresses:

James McMackin III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-5849

Elena D. Marcuss, Esquire
McGuire Woods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD  21202-1671

*Carlet D. Ward*

Carlet D. Ward
201 Voshells Mill Road
Dover, DE  19901
(302) 264-1895

SWORN TO AND SUBSCRIBED before me this ___4___ day of ___June___, 2013.

*Nicole B. Andrew*

Notary

NICOLE B. ANDREW
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires July 18, 2013



turn off
lights
not in use

USO GO GREEN

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3570

Ms. Carlet Ward
201 Voshells Mi Star HI
Dover, DE 19901-7634