# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

July 30, 2013

**VIA E-FILING**

The Honorable Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801-3570

      RE: *Carlet D. Ward v. MBNA America (Bank of America)*
            C.A. No. 10-759-SLR

Dear Judge Robinson:

      I write in response to the Plaintiff's letter and Motion for Summary Judgment, both of which were docketed on July 25, 2013. Given the substance and untimeliness of Plaintiff's submissions, the prior submissions by the parties, and the status of the case generally, the defense believes that a responsive submission may not be of value to the Court. Of course, should Your Honor desire a substantive responsive submission, the defense will provide one promptly.

                              Respectfully submitted,

                              */s/ James H. McMackin, III*

                              James H. McMackin, III
                              (Bar I.D. #4284)

JHM/jam
cc:   Ms. Carlet D. Ward (via certified U.S. Mail, return receipt requested)
       Elena D. Marcuss, Esquire (via e-filing)